# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELINA GOODE TUCKER, on her own behalf and on behalf of all others similarly situated<br>8980 Harrover Pl #B<br>Lorton, VA 22079<br><br>    Plaintiff,<br> v.<br><br>BEAUTY BASICS INC., a Louisiana Corporation<br>SERVE:  Edwin H. Neill, III<br>    303 S. Pine Street<br>    Hammond, LA<br>    70403<br>*and*<br><br>NEILL CORPORATION, a Louisiana Corporation<br>SERVE:  Edwin H. Neill, III<br>    303 S. Pine Street<br>    Hammond, LA 70403<br><br>*and*<br><br>THE ESTÉE LAUDER COMPANIES, INC., a Delaware Corporation,<br>SERVE: Corporation Service Company<br>    80 State Street<br>    Albany, NY 12207<br><br>    Defendants. | Civil Action No. 1:18-cv-00642 (APM) |

## NOTICE OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 31(a)(1)(A)(i)

Plaintiff, Melina Goode Tucker, by and through her counsel, files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).  None of the defendants

in this action have served an answer or a motion for summary judgment.

DATED: May 3, 2018

>  */s/ Christopher T. Nace*
> Christopher T. Nace, Esq. #977865
> 1025 Thomas Jefferson Street NW
> Suite 810
> Washington, DC 20007
> Tel: 202-463-1999
> Fax: 202-223-6824
> ctnace@paulsonandnace.com